FILED

05/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0703

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0703

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

KEITH POPE,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 26, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023